# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**NAKIA S. GIBBS,** *et al.*                                                            **PLAINTIFFS**

**v.**              **Case Nos. 4:21-cv-01021-KGB**
                       **4:21-cv-01022-KGB**
                       **4:21-cv-01023-KGB**
                       **4:21-cv-01024-KGB**
                       **4:21-cv-01025-KGB**
                       **4:21-cv-01026-KGB**
                       **4:21-cv-01027-KGB**
                       **4:21-cv-01028-KGB**
                       **4:21-cv-01029-KGB**
                       **4:21-cv-01030-KGB**
                       **4:21-cv-01031-KGB**
                       **4:21-cv-01032-KGB**
                       **4:21-cv-01033-KGB**
                       **4:21-cv-01035-KGB**
                       **4:21-cv-01036-KGB**
                       **4:21-cv-01037-KGB**
                       **4:21-cv-01038-KGB**
                       **4:21-cv-01039-KGB**
                       **4:21-cv-01040-KGB**
                       **4:21-cv-01041-KGB**
                       **4:21-cv-01042-KGB**
                       **4:21-cv-01043-KGB**
                       **4:21-cv-01044-KGB**
                       **4:21-cv-01045-KGB**
                       **4:21-cv-01046-KGB**
                       **4:21-cv-01047-KGB**
                       **4:21-cv-01048-KGB**
                       **4:21-cv-01049-KGB**
                       **4:21-cv-01050-KGB**
                       **4:21-cv-01051-KGB**
                       **4:21-cv-01052-KGB**
                       **4:21-cv-01053-KGB**
                       **4:21-cv-01054-KGB**
                       **4:21-cv-01055-KGB**
                       **4:21-cv-01056-KGB**
                       **4:21-cv-01057-KGB**
                       **4:21-cv-01058-KGB**
                       **4:21-cv-01059-KGB**
                       **4:21-cv-01060-KGB**
                       **4:21-cv-01061-KGB**

            **4:21-cv-01062-KGB**
            **4:21-cv-01063-KGB**

**GARY M. ARNOLD,** *et al.*                    **DEFENDANT**

## ORDER OF REASSIGNMENT

  The above styled cases were assigned to the docket of United States District Judge Kristine G. Baker, on November 8, 2021. Because the Court is a licensed Arkansas attorney and maintains her license and bar memberships, she would be considered a defendant in these cases. Therefore, the cases should be reassigned.

  The Clerk's Office is directed to issue a Notice of Reassignment.

  Dated this 9th day of November, 2021.

                **AT THE DIRECTION OF THE COURT**
                **TAMMY H. DOWNS, CLERK**

                BY: <u>Tracy M. Washington</u>
                  Courtroom Deputy to United States
                  District Judge Kristine G. Baker