# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JUSTIN KIRKHAM**                                                                          **PLAINTIFF**
**ADC #161177**

v.                              **CASE NO. 4:21-CV-01027-BSM**

**GARY M. ARNOLD,** *et al.*                                                      **DEFENDANTS**

## ORDER

Justin Kirkham's motion to dismiss [Doc. No. 20] is granted, and his claims are dismissed without prejudice. FED. R. CIV. P. 41(a).

IT IS SO ORDERED this 10th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE