# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JUSTIN KIRKHAM**                                               **PLAINTIFF**
**ADC #161177**

**v.**                              **CASE NO. 4:21-CV-01027-BSM**

**GARY M. ARNOLD,** *et al.*                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 10th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE